

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEFANIE CLEDE, | § | No. 08-25-00040-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 187th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| | § | |
| Appellee. | § | (TC# DC2022CR8049) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 30th day of April 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.